IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHARLES ROMEO,<br><br>    Plaintiff,<br><br>  v.<br><br>HARRAH'S ATLANTIC CITY PROPCO, LLC,<br><br>    Defendant. | Civil No. 13-2133 (JHR/AMD) |

### SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

**IT IS** on this **28th** day of **January 2016**, hereby **ORDERED**:

1. The Court will conduct a Settlement Conference and Final Pretrial Conference on **March 21, 2016 at 2:00 P.M.**. Clients with settlement authority shall appear in person. Counsel shall exchange and submit settlement memoranda at least one week prior to the conference. (See Standing Order Concerning Settlement Conferences [D.I. 16].)

The form Joint Final Pretrial Order (original and one copy for the Court, with sufficient copies for all counsel), as signed by all counsel, shall be delivered to the Court by **March 18, 2016**. The Plaintiff's portion of the proposed order shall be prepared and sent to defense counsel not later than **February 29, 2016**. Defendant's portion of the proposed order shall be prepared and returned to counsel for Plaintiff not later than **March 14, 2016. FAILURE TO APPEAR AT THIS CONFERENCE WILL LEAD TO THE IMPOSITION OF SANCTIONS, INCLUDING COSTS.**

**TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT.** Fed. R. Civ. P. 16(d).

   2. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to the expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

   **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

            s/ Ann Marie Donio
             ANN MARIE DONIO
             UNITED STATES MAGISTRATE JUDGE

cc: Hon. Joseph H. Rodriguez