UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Charles Romeo, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 13-2133 |
| v. | : | |
| Harrah's Atlantic City Propco, LLC, | : | **AMENDED ORDER**[1] |
| Defendant. | : | |

This matter having come before the Court on Motion of Defendant Harrah's Atlantic City Propco, LLC for Summary Judgment pursuant to Fed. R. Civ. P. 56; and the Court having considered the written submissions of the parties, as well as the arguments advanced at the September 22, 2015 hearing; and for the reasons expressed on the record that day, as well as those set forth in the Court's Opinion of even date,

IT IS on this 10th day of March, 2016 hereby,

ORDERED that Defendant Harrah's Atlantic City Propco, LLC motion for Summary Judgment [17] is denied.

_____
Hon. Joseph H. Rodriguez,
UNITED STATES DISTRICT JUDGE

---

[1] This Order and the accompanying Opinion amend the Court's January 26, 2016 Opinion [Dkt. No. 32] and Order [Dkt. No. 33] to reflect the accurate name of the Defendant as Harrah's Atlantic City Propco, LLC, per the stipulation of the parties on January 20, 2015 [Dkt. No. 20].